

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00064-CV

| | | |
|---|---|---|
| Jonathan Aflatouni, a/k/a John Aflatouni | § | From the 431st District Court |
| | § | of Denton County |
| v. | § | (2012-71252-431) |
| | § | April 30, 2015 |
| Mark Anthony Montoya and Enid Montoya | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed. We remand this case to the trial court for further proceedings.

It is further ordered that Appellant Jonathan Aflatouni, a/k/a John Aflatouni shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot